IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **HALLMARK CARDS, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**JANET MURLEY,** )<br>)<br>**Defendant.** ) | Case No. 09-0377-CV-W-GAF |

**XX**   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   **Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that

the Jury finds in favor of Plaintiff, Hallmark Cards, Incorporated and assess the damages of Plaintiff Hallmark Cards, Incorporated for Defendant's conduct at $860,000.00.


April 7, 2011                          Ann Thompson
Date                                   Clerk of Court

                                        /s/ Tracy L. Diefenbach
                                       (by) Deputy Clerk