IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HALLMARK CARDS, INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-0377-CV-W-GAF |
| ) | |
| JAN L. MURLEY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Notice is hereby given that Jan L. Murley, the Defendant, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order denying Defendant's Renewed Motion for Judgment as a Matter of Law, or in the Alternative, for a New Trial (Doc # 132) entered July 27, 2011, and all underlying and associated decisions adverse to Defendant, including but not limited to the Order granting Plaintiff's Motion to Alter or Amend Judgment (Doc # 130) entered June 7, 2011, Judgment in favor of Hallmark Cards, Inc. and against Jan L. Murley (Doc # 120), and Denial in Part of Defendant's Motion for Directed Verdict or Judgment as a Matter of Law at the close of the evidence.

Dated this 25th day of August, 2011.

        Respectfully submitted,

        **THE WOODY LAW FIRM PC**

        By __/s/ Teresa A. Woody_____
          Teresa A. Woody    MO # 35358
          1621 Baltimore Avenue
          Kansas City, MO 64108
          Tele:  (816) 421-4246
          Fax:  (816) 471-4883
          Email:teresa@woodylawfirm.com

        MARK B. ROSEN, ESQ. PC
          Mark B. Rosen (pro hac vice)
          564 1st Ave., Ste. 23L
          New York, NY  10016
          Tele: (201) 503-1999
          Fax:  (646) 607-1676
          Email:  markrosen1@gmail.com

        ATTORNEYS FOR DEFENDANT
        JANET MURLEY

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2011, a copy of the foregoing was filed electronically with the Court, with notice of the filing generated and sent electronically by the Court's CM/ECF system to:

Charles W. German
Daniel E. Blegen
Rouse Hendricks German May PC
1010 Walnut Street, Suite 400
Kansas City, MO 64106

John C. Aisenbrey
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106

ATTORNEYS FOR PLAINTIFF

/s/ Teresa A. Woody
Attorney for Defendant