Hallmark Cards, Incorporated

Plaintiff - Appellee

v.

Janet L. Murley

Defendant - Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:09-cv-00377-GAF)

_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part and remanded to the district court for proceedings consistent with the opinion of this court.

January 15, 2013

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans